

# THE THIRTEENTH COURT OF APPEALS

---

## 13-24-00011-CV

---

In the Matter of the Marriage of Erica Edith Alonzo and Jose Manuel Figueroa and in the Interest of J.J.F., a Child

---

On Appeal from the
County Court at Law No. 2 of Hidalgo County, Texas
Trial Court Cause No. F-488-06-02

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

February 1, 2024